**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 10-6825**

─────────

CHARLES M. CASSELL, III,

             Plaintiff - Appellant,

        v.

FNU DAWKINS, Dr.; GUARDS ON RED UNIT LOCK UP; RECEIVING
OFFICERS, November 6 between 8 and 8:30 pm,

             Defendants - Appellees.

─────────

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.   Graham C. Mullen,
Senior District Judge.   (5:10-cv-00069-GCM)

─────────

Submitted:  September 28, 2010        Decided:  October 6, 2010

─────────

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Charles M. Cassell, III, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles M. Cassell, III, appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cassell v. FNU Dawkins, Dr., No. 5:10-cv-00069-GCM (W.D.N.C. June 3, 2010). We deny Cassell's motions for copies and to subpoena all evidence and exhibits. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2